# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2013

### NO. 03-13-00050-CR

**Reyes Anthony Sanchez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal in the trial court's judgment of conviction: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's judgment of conviction is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.